■ (A) BERTHA LEVY et al., Plaintiffs, v. IRVING WEXLER et al., Appellants, and T. I. McCORMACK TRUCKING CO., INC., Respondent, et al., Defendants. (B) EDGERLEY SCHMICK et al., Appellants, v. TOMAHAWK LAKE ASSOCIATION, INC., Respondent, and MORRIS H. WHITCOMB et al., Intervenors-Respondents. (C) In the Matter of KATHERINE ROSENTHAL, Respondent, v. ELMONT CEMETERY CO., INC., et al., Respondents, and CEMETERY ASSOCIATION OF YOUNG ISRAEL OF FLATBUSH, Appellant.— [In each action] Motion by appellant[s] for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March

26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.